## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| HERMAN WOODEN AND THOMAS LOGAN, | : No. 57 EAL 2015 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| HIGHMARK, INC., A PENNSYLVANIA NON-PROFIT CORPORATION, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of July, 2015, the Application to Take Judicial Notice of Newly Published Authority *Instanter* is **DENIED** and the Petition for Allowance of Appeal is **DENIED**.